| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons

FILED
12/20/2021 11:09 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L065098
Calendar, O - 0205
16015523

FILED DATE: 12/20/2021 11:09 AM 2021L065098

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

BETTY SMITH

(Name all parties)

v.

ILLINOIS CORPORATION SERVICE as Registered Agent

of Dick's Sporting Goods, Inc., 801 Adlai Stevenson Drive, Springfield, IL 62703

No. 2021L065098

◉ **SUMMONS** ◯ **ALIAS SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☐ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☑ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ District 1: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 11321
Name: GEORGE J. JASINSKI
Atty. for: PLAINTIFF
Address: 7330 WEST COLLEGE DRIVE, SUITE 101
City/State/Zip Code: PALOS HEIGHTS, IL 60463
Telephone: 708.448.3100
Primary Email Address:
GJJLAW@AOL.COM
Secondary Email Address(es):

12/20/2021 11:09 AM IRIS Y. MARTINEZ

Witness: _____

DOROTHY BROWN Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

Return Date: No return date scheduled
Hearing Date: 2/8/2022 9:30 AM
Location: Court Room 0205
Judge: Calendar, O - 0205

Case: 1:22-cv-00184 Document #: 1-1 Filed: 01/12/22 Page 2 of 4 PageID #:5

EXHIBIT A

FILED
12/6/2021 10:24 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L065098
Calendar, O - 0205
15827727

FILED DATE: 12/6/2021 10:24 AM  2021L065098

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

BETTY SMITH, )
)
Plaintiff, )
)
-vs- ) No. 2021L065098
)
DICK'S SPORTING GOODS, INC. )
)
Defendant. )

## COMPLAINT AT LAW

Now comes the Plaintiff, **BETTY SMITH**, by and through her Attorney, **GEORGE J. JASINSKI**, and complaining against the Defendant, **DICK'S SPORTING GOODS, INC.**, states as follows:

1. That on or about the 14th day of December, 2019, and at all times prior and subsequent thereto, the Defendant, **DICK'S SPORTING GOODS, INC.**, was a duly licensed corporation doing business in the Village of Orland Park, County of Cook and State of Illinois.

2. That on said date, the Defendant, **DICK'S SPORTING GOODS, INC.**, owned, possessed, operated, managed, controlled and maintained a retail department store known as **DICK'S SPORTING GOODS STORE** located at 15852 South LaGrange Road in the Village of Orland Park, County of Cook and State of Illinois.

3. That on or about the 14th day of December, 2019, the Defendant, **DICK'S SPORTING GOODS, INC.** through its agents and employees, had a duty to exercise ordinary care in its ownership, possession, management, maintenance and control of

1

FILED DATE: 12/6/2021 10:24 AM 2021L065098

the subject property such that it was reasonably safe for individuals lawfully entitled to be present on the property.

4. That at the aforementioned time and place, the Plaintiff, **BETTY SMITH,** was lawfully present as an invitee upon the **DICK'S SPORTING GOODS STORE** premises for the purpose of purchasing sporting goods.

5. That at the time of and immediately prior to said occurrence, the Plaintiff was in the exercise of due care and caution for her own safety and the safety of others.

6. That at the aforementioned time and place, the Defendant, **DICK'S SPORTING GOODS, INC.** through its agents and employees, owned, possessed, operated, managed, controlled and maintained said property, and it was their duty and obligation to keep all areas of said premises safe and free of any defects, and to further provide a safe environment for those individuals lawfully upon said premises so not as to cause injury to said individuals, and despite said duty, the Defendant committed one or more of the following negligent acts or omissions:

(a) Carelessly and negligently failed to properly maintain said floor area;

(b) Carelessly and negligently created congested walk areas for invitees;

(c) Carelessly and negligently failed to maintain shelving, creating a dangerous condition;

(d) Carelessly and negligently failed to inspect said premises so as to remove congested walk areas for invitees;

(e) Carelessly and negligently failed to remove or repair defective shelving;

(f) Carelessly and negligently failed to adequately warn persons lawfully upon said premises of the presence of congested walk areas;

2

FILED DATE: 12/6/2021 10:24 AM 2021L065098

(g) Carelessly and negligently failed to adequately warn invitees lawfully upon said premises of the defective shelving;

(h) Carelessly and negligently failed to provide adequate safeguards to prevent injury to invitees lawfully upon said premises; and

(i) Was otherwise negligent and careless.

7. That as a direct and proximate result of one or more of the foregoing acts or omissions, the Plaintiff, **BETTY SMITH,** while walking inside the store premises, was caused to trip on a defective shelf, causing her to fall severely to the ground, and seriously and permanently injure the Plaintiff. As a result, the Plaintiff, **BETTY SMITH,** did suffer severe injuries to her person, suffered great physical pain and mental anguish, and had to obtain medical treatment in the care of these injuries, and will so suffer in the future as a result of her injuries; that the Plaintiff has expended considerable sums in endeavoring to cure herself of said injuries. The Plaintiff has been unable to attend to her customary affairs and occupations and she will for a long time in the future, be unable to attend to same regularly.

WHEREFORE, the Plaintiff, **BETTY SMITH,** demands judgment against the Defendant, **DICK'S SPORTING GOODS, INC.,** in a sum in excess of **ONE HUNDRED THOUSAND ($100,000.00) DOLLARS,** plus costs of this litigation.

Respectfully submitted,

_____
GEORGE J. JASINSKI

Atty No.11321
Law Offices of George J. Jasinski
7330 W. College Drive, Suite 101
Palos Heights, IL 60463
(708)448-3100
GJJLAW@AOL.COM